84.133-01

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

RECEIVED IN
COURT OF CRIMINAL APPEALS

## NOTICE THAT YOUR COMPLAINT HAS BEEN FILED

DEC 03 2015

It was filed on **September 17, 2015**

The style of the case is

Abel Acosta, Clerk

**Danny Garza v. William Stephens**

The case number is **4:15–cv–02720**

The District Judge assigned to your case is **Judge Melinda Harmon**

The nature of the claim is **Habeas Corpus NOS: 530**

Please write or type the civil action number on the front of all letters and documents. Please address all mail to:

**United States District Clerk's Office**
**P. O. Box 61010**
**Houston, Texas 77208–1010**

Date:   September 21, 2015

David J. Bradley, Clerk

Case # 4:15-cv-02720.

I DANNY GARZA ON THE CASE NUMBER ABOVE, WOULD LIKE TO show THE COURTS THE ATTACH documents. WRIT filed by Charley Valdez June 17, 2015 Program Supervisor III FOR classification and RECORDS DEPARTMENT.

IN filing This documents, I would like To show THE courts that MR. Valdez deliberately, KNOWINGLY AND INTENTIONALLY withheld EVEDANCE THAT WOULD HAVE BENIFET MY ARGUMENT.

On page 2, line 1 of MR Valdez's affidavit he STATED TO THE STATE COURT, THAT I FAILED TO comply with THE TIME dispute Resolution Form PROCESS. He deliberately lie TO THE COURT.

On Dec. 28, 2014 I DANNY GARZA filed Time Credit Resolution TO MR. Valdez's office. Recived date show Dec. 31, 2014. When he sign it.

I waited patiantly through the process and fail to get response from his office. After 180 day's, I filed an 11.07 to the court of my conviction.

I filed a second time on July 2, 2015 at that point I was told I was not eligabile, because of the first time I filed Dec. 28, 2014. That show I did follow procedures for my time dispute.

In retaliation of my second filing of my time resolution Mr. Valdez add 90 more days to my sentance. He claimed parole revocation 06/07/2007 that's a lie. I paroled 07/05/2010 and return on violation with no new case 07/01/2014.

This will show the court he deliberately desives the court

I would like to make this documents part of the jury trail I've requested to be presented.

Thank you for your time

# CLIENT DISPUTE RESOLUTION

**TO:**

☑ Time Section (ID Offenders)

☐ Classification and Records Headquarters

BOT Warehouse  Huntsville, Texas

☐ Intake/Classification Office (SJD Offenders)

_____ State Jail Facility

12-31-19

**DATE:** 12-28-14

**OFFENDER NAME:** DANNY GARZA

**TDCJ No.:** 544321

Mark the appropriate box(es).

☐ Sentence Begin Date

☐ Commitment Information

☐ Time Earning Status

☐ County Jail Time

☐ Bonus Time

☐ Projected Release Date/Maximum Expiration Date

☐ Up-front Release Date/State Jail Release Date

☑ Parole Date

☐ Other: STREET TIME & DISCHARGE FROM 12-1-16 to 11-6-19

Explain the problem in your own words. THE 4 YEARS THEY TOOK FROM ME STREET TIME.
I WAS OUT LONGER THEN I HAD LEFT. 4 YR OUT OF THE 6 YEARS THATS
MORE THEN 1/2. THE COURT GAVE ME 25 YEARS NOT 30 LIKE YOU SAY
THERE IS ALSO A SAYING IN THE LAW BOOKS THAT STATES AFTER 90-DAYS
BEING BACK AS A PAROLE VIOLATER (NO NEW CASE) I CAN GET MY GOOD TIME
BACK. Tex Gov't Code § 498004 (b)  THANK YOU.

CL-147 (Rev. 05/03)

MR. VALDEZ DELIBERATELY WITH HELD THIS IN TILL
THE STATE COURT RULE "THAT I FAILED TO COMPLY" BUT THIS
THIS WILL SHOW I DID, MR. VALDEZ HELD 9-months AFTER
HE RECEIVED 12-31-14 - RETURN TO ME 9-1-15.

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☒ Inmate Prison Record (Request for copy of record; information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Time Credit Resolution Bot_  DATE: _05·03·15_

(Name and title of official)

ADDRESS _Huntsville, TX_

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I SENT YOUR OFFICE A TIME RESOLUTION FORM
REQUESTING A TIME DISPUTE OF MY STREET TIME
ON DEC 28, 2014
I SENT AN I-60 TWO MONTHS AGO ASKING WHAT HAPPEN
TO MY RESOLUTION, (NO ANSWER)
SO I SENT MY WRIT OF HABEAS CORPUS TO THE
COURT HOUSE NOW THEY ARE REQUESTING PROVE I SENT
YOUR OFFICE A DISPUTE FORM, I NEED SOMETHING FROM OFFICE
SAYING I CONTACTED YOU. THANK YOU.

Name: DANNY GARZA                No: 544321        Unit: GARZA WEST

Living Quarters: A-3-44          Work Assignment: MES. BACK DOCK        05-03-15

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

CRO

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CUSTODIAN OF OFFENDER RECORDS
## TIME CREDIT DISPUTE RESOLUTION
## FINAL CERTIFICATION DECISION

Offender Name :   **GARZA,DANNY**

TDCJ# :   **00544321**   *N H*

Offender Location  **DA**

You filed a request for correction of time credited toward the completion of your sentence pursuant to the Department's internal time credit dispute resolution process to address time credit calculation error complaints.

Your request for correction of calculation of the time credit earned toward completion of your sentence was received by the Custodian of Offender Records on **07/02/2015** Pursuant to Section 501.0081 of the Texas Government Code, the Custodian of Offender Records is required to issue a finding in an attempt to resolve the complaint.

The Custodian of Offender Records issues the following finding regarding your complaint:

*I WAS PAROLED 7-5-10, WAS HERE ALREADY, NO VIOLATION THAT DATE*

**An adjustment was made to your time on 05/21/2015 changing the jail date on your 06/07/2007 return per revocation warrant in file.  Another adjustment was made to the 09-14-2004 return chg jail dt per revocation warrant in file.**

If you are dissatisfied with this response from the Custodian of Offender Records, you may contact State Counsel for futher assistance.

This concludes the administrative processing of this complaint by the Texas Department of Criminal Justice.

DATE :   **07/06/2015**

**BRL**

SIGNATURE:

TITLE:   ASSISTANT DIRECTOR FOR
CLASSIFICATION AND RECORDS

ADDRESS:   TDCJ CLASSIFICATION AND RECORDS OFFICE
BOT WAREHOUSE
P.O. BOX 99
HUNTSVILLE, TEXAS 77342

*COPY THESE*

*IN RETALIATION MR. VALDEZ ADDED 90 MORE DAYS BECAUSE OF MY FILINGS IN COURT. HE STATES A PAROLE VIOLATION FOR THE 90-DAYS. I WAS ALREADY HERE FROM 9-2004 TO 7-5-2010, "06/07/2007 NOT TRUE."*

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## CUSTODIAN OF OFFENDER RECORDS
## TIME CREDIT DISPUTE RESOLUTION

Offender Name :     GARZA,DANNY

TDCJ# :             00544321

Offender Location   ~~DAN~~ H

An offender is allowed one Time Credit Dispute Resolution review per year. Your last review was on ____7/2/2015____, therefore, you will not be eligible for another Time Credit Resolution review until ___7/1/2016____.

DATE :     9/1/2015

SIGNATURE: _Kelly Enloe_

TITLE:         ASSISTANT DIRECTOR FOR
               CLASSIFICATION AND RECORDS

ADDRESS:       TDCJ CLASSIFICATION AND RECORDS OFFICE
               BOT WAREHOUSE
               P.O. BOX 99
               HUNTSVILLE, TEXAS 77342

PY THESE

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603NOV 09 2015

11/3/2015
GARZA, DANNY
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Tr.Ct. No. 560247-A        WR-84,133-01

Abel Acosta, Clerk

DANNY GARZA
GARZA WEST - TDC # 544321
4250 HIGHWAY 202
BEEVILLE, TX 78102